STATE ex rel. WADE et al. v. MONSEY, County Supt.

No. 32661. Jan. 28, 1947.

*176 P. 2d 1023.*

Brown & Cund, of Duncan, for plaintiffs in error.

Jerome Sullivan, of Duncan, for defendant in error.

RILEY, J. This appeal presents the identical issue of law as that presented in cause No. 32660, this day decided, 198 Okla. 183, 176 P. 2d 1021.

Affirmed.

HURST, C.J., DAVISON, V.C.J., and OSBORN, BAYLESS, WELCH, CORN, and GIBSON, JJ., concur.